UNITED STATES of America,
Plaintiff–Appellee,

v.

Rosa SERRANO, a.k.a. Rosa Elena
Tineo Duran, Defendant–
Appellant.

No. 09–11722
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 1, 2009.

Monique Arianne Brochu, Fort Lauderdale, FL, for Defendant–Appellant.

Before CARNES, MARCUS and COX, Circuit Judges.

PER CURIAM:

Monique A. Brochu, appointed counsel for Rosa Serrano, has moved to withdraw from further representation of the appellant, because, in her opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.

Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Serrano's conviction and sentence are **AFFIRMED.**